Ryan W. Koppelman (SBN 290704)
Tyler R. Thomas (SBN 348414)
**Alston & Bird LLP**
350 S. Grand St. 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
ryan.koppelman@alston.com

Adam D. Swain (SBN 257687)
**Alston & Bird LLP**
950 F St NW
Washington, DC 20004
Telephone: (213) 576-1000
adam.swain@alston.com

*Attorneys for Defendants Cooper Lighting, LLC, Lowe's Home Centers, LLC and Home Depot USA, Inc.*

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DS ADVANCED ENTERPRISES, LTD., A CORPORATION<br><br>Plaintiff,<br>v.<br><br>COOPER LIGHTING, LLC, LOWE'S HOME CENTERS, LLC, HOME DEPOT USA, INC., AMAZON.COM, INC., and AMAZON.COM SERVICES LLC,<br><br>Defendants. | **Case No. 5:23-cv-02603-JAK-SHK**<br><br>**DEFENDANTS' NON-OPPOSITION TO PLAINTIFF'S FIRST MOTION TO AMEND PLAINTIFF'S INFRINGEMENT CONTENTIONS**<br><br>Judge: Hon. John A. Kronstadt<br>Date: October 21, 2024<br>Time: 8:30 am<br>Courtroom: 10C |

Defendants Cooper Lighting, LLC ("Cooper"), Lowe's Home Centers, LLC ("Lowe's") and Home Depot USA, Inc. ("Home Depot")(collectively, "Defendants"), hereby provide this statement of Non-Opposition to Plaintiff's First Motion to Amend Plaintiff's Infringement Contentions (the "Motion"). Defendants do not oppose the relief requested in Plaintiff's Motion.

However, Defendants provide a brief response to Plaintiff's Motion to address the following points:

*First*, Plaintiff has not provided an explanation for why Plaintiff failed to identify the 4" Halo product as an accused product in its contentions with respect to Lowe's or why Plaintiff took nearly two and half months to file its motion after discovering the apparent issue.

*Second*, during the parties' meet and confers, Defendants indicated to Plaintiff that they would consider agreeing to Plaintiff's proposed amendment if Plaintiff also agreed to fix other specifically noted deficiencies in Plaintiff's infringement contentions. Plaintiff declined to supplement its deficient infringement contentions and instead simply filed its Motion.

*Third*, Plaintiff included in its Motion irrelevant accusations regarding Lowe's discovery responses which are unfounded. The discovery that Plaintiff requested from Lowe's regarding the unaccused 4" product was not relevant to any claim or defense because it was not directed to an accused product with respect to Lowe's. Nevertheless, Lowe's has agreed to provide appropriate supplemental responses now that Plaintiff has moved to amend its contentions, assuming Plaintiff's Motion is granted.

*Fourth*, Plaintiff took the opportunity in its Motion to offhandedly raise another premature discovery dispute regarding signed interrogatory responses. This was a new discovery issue raised for the first time by Plaintiff one day before it filed its Motion. Defendants met and conferred with Plaintiff and are attempting to resolve the issue.

*Fifth*, the Southern District of California recently granted summary judgement of non-infringement of the Asserted Patent with respect to Lowe's on a different set of

products. *See DS Advanced Enterprises, Ltd. v. Lowe's Companies, Inc.*, SDCA-3-23-cv-01335, Dkt. No. 34 (Sept. 30, 2024) (granting summary judgment of non-infringement as to all claims and noting that a sanctions motion remains pending against Plaintiff).

Dated: October 7, 2024

Respectfully submitted,

By: */s/ Ryan W. Koppelman*

Ryan W. Koppelman (SBN 290704)
Tyler R. Thomas (SBN 348414)
**Alston & Bird LLP**
350 S. Grand St. 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
ryan.koppelman@alston.com

Adam D. Swain (SBN 257687)
**Alston & Bird LLP**
950 F St NW
Washington, DC 20004
Telephone: (213) 576-1000
adam.swain@alston.com

Katherine G. Rubschlager (SBN 328100)
**Alston & Bird LLP**
55 Second St., Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
katherine.rubschlager@alston.com

*Attorneys for Defendants Cooper Lighting, LLC, Lowe's Home Centers, LLC, Home Depot USA, Inc.*