UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV23-02603 JAK (SHKx) | Date | October 21, 2024 |
| Title | DS Advanced Enterprises v. Cooper Lighting LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Miriam Baird |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Patrick Cummins (video) | Ryan Koppelman |

**Proceedings:** **DEFENDANTS' MOTION TO SEVER AND STAY PLAINTIFF'S CASE AGAINST THE RETAILER DEFENDANTS UNDER THE CUSTOMER SUIT EXCEPTION (DKT. 50); DEFENDANTS' MOTION TO TRANSFER VENUE FOR THE CONVENIENCE OF THE PARTIES AND WITNESSES (DKT. 51); MOTION TO AMEND PLAINTIFF'S INFRINGEMENT CONTENTIONS (DKT. 52)**

The motion hearing is held. Mr. Cummins appears by video conference. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court states its tentative views that it is inclined to grant Defendants' Motion to Sever and Stay Plaintiff's Case Against the Retailer Defendants Under the Customer Suit Exception at Dkt. 50; Defendants' Motion to Transfer Venue for the Convenience of the Parties and Witnesses at Dkt. 51; and Motion to Amend Plaintiff's Infringement Contentions at Dkt. 52 (together, the "Motions"), subject to certain conditions. Counsel address the Court. The Court takes the Motions **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

| | : | 21 |
|---|---|---|
| Initials of Preparer | TJ | |