# (Slip Sheet)

# **EXHIBIT B**

# (Conditionally Filed Under Seal)



*Exhibits*     *Case No.: 1:24-cv-05643-TRJ*



*Exhibits*   *Case No.: 1:24-cv-05643-TRJ*



*Exhibits*     *Case No.: 1:24-cv-05643-TRJ*