# (Slip Sheet)

# **EXHIBIT C**

# (Conditionally Filed Under Seal)

*Exhibits*               *Case No.: 1:24-cv-05643-TRJ*



*Exhibits*          *Case No.: 1:24-cv-05643-TRJ*