# (Slip Sheet)

# **EXHIBIT D**

# (Conditionally Filed Under Seal)

*Exhibits*     *Case No.: 1:24-cv-05643-TRJ*



*Exhibits*    *Case No.: 1:24-cv-05643-TRJ*