# (Slip Sheet)

# **EXHIBIT E**

# (Conditionally Filed Under Seal)



*Exhibits*    *Case No.: 1:24-cv-05643-TRJ*