# EXHIBIT G




em·body \im-ˈbä-dē\ vb em·bod·ied; em·body·ing 1 : IN-CARNATE 2 : to express in definite form 3 ♦ : to incorporate into a system or body 4 ♦ : to represent in human

*Exhibits*     *Case No.: 1:24-cv-05643-TRJ*