# __EXHIBIT I__

# (First Koppelman Declaration)

Ryan W. Koppelman (SBN 290704)
**Alston & Bird LLP**
350 S. Grand St. 51st Floor
Los Angeles, CA 90071
Telephone:   (213) 576-1000
ryan.koppelman@alston.com

Adam D. Swain (SBN 257687)
**Alston & Bird LLP**
950 F St NW
Washington, DC 20004
Telephone:   (213) 576-1000
adam.swain@alston.com

*Attorneys for Defendants Cooper
Lighting, LLC, Lowe's Home Centers,
LLC and Home Depot USA, Inc.*

Ryan L. Frei (SBN 310722)
**Klarquist Sparkman, LLP**
121 SW Salmon St., Suite 1600
Portland, OR 97204
Telephone:   (503) 595-5300
ryan.frei@klarquist.com

*Attorneys for Defendants Amazon.com
Inc. and Amazon.com Services LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DS ADVANCED ENTERPRISES, LTD., A CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>COOPER LIGHTING, LLC, LOWE'S HOME CENTERS, LLC, HOME DEPOT USA, INC,<br><br>Defendants. | **Case No. 5:23-cv-02603**<br><br>**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, Ryan Koppelman, declare as follows:

1.    I am an attorney duly licensed to practice law before all courts of the State of California and a Partner with the law firm of Alston and Bird LLP, attorneys of record for Cooper Lighting, LLC, Lowe's Home Centers, LLC and Home Depot USA, Inc. I have personal knowledge of the facts stated in this Declaration, and, if called to testify, could and would testify competently under oath to these facts.

2.    Attached hereto as **Exhibit A** is a true and correct copy of the CJB 4", 6" SeleCCTable Series Instructions ("Halo CJB Package Insert").

3.    Attached hereto as **Exhibit B** is a true and correct copy of Patent Owner's Request for Certificate of Correction for U.S. Patent No. 11,045,118, dated December 5, 2023.

4.    Attached hereto as **Exhibit C** is a true and correct copy of the Certificate of Correction filed with Patent Owner's Request on December 5, 2023.

5.    Attached hereto as **Exhibit D** is a true and correct copy of the Office Action approving Patent Owner's Certificate of Correction, dated March 27, 2024.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on this 3rd day of May 2024 in Los Angeles, California.

*/s/ Ryan W. Koppelman*
Ryan W. Koppelman

---

DEFENDANTS' MOTION TO DISMISS          CASE NO. 5:23-CV-02603-JAK-SHK

# EXHIBIT A

# HALO

## CJB 4", 6" SeleCCTable Series Instructions
## Instructions pour les séries CJB 4" et 6"
## Instrucciones para las series CJB 4" y 6"

### Packaging Contents / Contenu de l'emballage / Contenidos del embalaje

A. CJB 4", 6" Integrated JBox Downlight (J-Box, Selectable CCT included)
Plafonnier à boîte de jonction intégrée de 10 cm/4 po et 15 cm/6 po CJB (boîte de jonction et sélection de température de couleur proximale incluses)
Caja de conexiones integrada Downlight CJB de 4", 6" (J-Box, CCT seleccionable incluido)


CJB DM 6"


CJB DM 4"


CJB LED Trim 6"


CJB LED Trim 4"

**CCT Selector Switch (2700K, 3000K, 3500K, 4000K & 5000K)**
Choose your favorite correlated color temperature (CCT) from 5 options using the switch

**Sélecteur de CCT (2700K, 3000K, 3500K, 4000K & 5000K)**
Choisissez votre température de couleur corrélée préférée (CCT) de 5 options en utilisant le commutateur.

**Interruptor selector de CCT (2700K, 3000K, 3500K, 4000K & 5000K)**
Elija su temperatura favorita de color correlacionada (CCT) de 5 opciones utilizando el interruptor.


B. Wirenuts (x3)
Serre-fils (x3)
Tuercas para cables (x3)


C. #8-32 Screw (included)
Vis no 8-32 (fournie)
Tornillo #8-32 (incluido)


D. #8-32 Hex Nut (included)
Écrou hexagonal #8-32 (inclus)
Tornillo N.º 8-32 autorroscante (incluido)


E. #8-32 Self tapping screw (included)
Vis autotaraudeuse no 8-32 (fournie)
Tornillo mecánico #8-32 (incluido)

F. Retrofit Kit (Only included with certain products)
Nécessaire d'adaptation (inclus dans certains produits uniquement)
Kit de reacondicionamiento (sólo se incluye con determinados productos)



i. Friction Blade (CJB4RKIT) or Torsion Springs (CJB6RKIT)
Lame de friction (CJB4RKIT) ou ressorts de torsion (CJB6RKIT)
Cuchilla de fricción (CJB4RKIT) o resortes de torsión (CJB6RKIT)


ii. E26 Edison screw base adapter
Adaptateur pour culot vissé Edison E26
Adaptador Edison E26 con base enroscable

iii. Connector Pigtail
Raccord flexible de connecteur
Conector del cable


iv. Bushing
Bague
Casquillo

### ITEMS REQUIRED
(Purchase separately)
• Gloves
• Ladder
• Safety Glasses

### OPTIONAL
• Hole Saw
• Drill
• Screwdriver
• Screws for mounting (if required by local code)

### ARTICLES NÉCESSAIRES
(à acheter séparément)
• Gants
• Échelle
• Lunettes de protection

### FACULTATIF
• Scie-cloche
• Foret
• Tournevis
• Vis de fixation (si le code local l'exige)

### ARTÍCULOS NECESARIOS
(se compran por separado)
• Guantes
• Escalera
• Lentes de seguridad

### OPCIONAL
• Sierra perforadora
• Taladro
• Destornillador
• Tornillos para el montaje (si lo requiere el código local)


COOPER
Lighting Solutions

## IMPORTANT SAFETY INSTRUCTIONS

Read and follow these instructions and heed all warnings, including those on the product. Failure to do so may result in serious bodily injury or property damage.

When using product, basic precautions should always be followed, including the following:

• Read and follow these instructions.
• HALO® recessed luminaires (fixtures) are designed to meet the latest NEC requirements and are certified in full compliance with UL. Before attempting installation of any recessed lighting luminaire check your local electrical code. This code sets the wiring standards for your locality and should be carefully studied before starting.
• **SAVE THESE INSTRUCTIONS AND WARNINGS.**

## ⚠️ WARNING

 **Risk of Fire -** MINIMUM 90°C SUPPLY CONDUCTORS.
If uncertain, consult an electrician.

 **Risk of Electric Shock -** To avoid possible electrical shock, be sure that power supply is turned off at fuse box or circuit breaker before installing or servicing luminaire.

 **Risk of Fire/Electric Shock -** LED Retrofit Kit installation requires knowledge of luminaires electrical systems. If not qualified, do not attempt installation. Contact a qualified electrician. Luminaire wiring and electrical parts may be damaged when drilling for installation of LED retrofit kit. Check for enclosed wiring and components.

 **Risk of Fire/Electric Shock -** Install this kit only in luminaires that have the construction features and dimensions shown in the photographs and/or drawings and where the input rating of the retrofit kit does not exceed the input rating of the luminaire.

**WARNING** – To prevent wiring damage or abrasion, do not expose wiring to edges of sheet metal or other sharp objects.

## IMPORTANTES INSTRUCTIONS DE SÉCURITÉ

Lisez et suivez ces instructions et tenez compte de tous les avertissements, y compris ceux Figurent sur le produit. Le non-respect de cette instruction peut entraîner des blessures corporelles graves ou des dommages matériels.

Des précautions de base doivent être suivies lors de l'utilisation de ce produit, incluant :

• Lisez et suivez ces instructions.
• Les luminaires encastrés (appareils d'éclairage) HALO® sont conçus pour répondre aux plus récentes exigences de la NEC et sont homologués UL/cUL et entièrement conforme à la norme de l'UL. Avant de commencer l'installation d'un éclairage encastré quelconque, vérifier votre code électrique local. Ce code établit les normes de câblage pour votre localité et doit être étudié attentivement avant de commencer.
• **CONSERVEZ CES INSTRUCTIONS ET CES AVERTISSEMENTS.**

## ⚠️ AVERTISSEMENT

 **Risque d'incendie -** CONDUCTEURS D'ALIMENTATION DE 90 °C MIN. Consultez un électricien en cas de doute.

 **Risque de chocs électriques -** Pour éviter la possibilité d'électrocution, assurez-vous que la source d'alimentation est hors tension depuis la boîte des fusibles ou le disjoncteur avant d'installer ou de réparer le luminaire.

 **Risque d'incendie/de chocs électriques -** L'installation de la trousse de modernisation DEL nécessite la connaissance des systèmes électriques des luminaires. Si vous n'avez pas les compétences nécessaires, ne tentez pas l'installation. Communiquez avec un électricien qualifié.Les fils du luminaire et les pièces électriques peuvent être endommagés lorsque vous percez pour installer la trousse de post-câblage DEL. Vérifiez le câblage et les composants ci-inclus.

## INSTRUCCIONES IMPORTANTES DE SEGURIDAD

Lea y siga estas instrucciones y preste atención a todas las advertencias, incluidas las que se encuentran en el producto. El incumplimiento de estas instrucciones podría provocar lesiones personales graves o daños a la propiedad.

Al utilizar el producto, siempre se deben seguir las precauciones básicas, incluido lo siguiente:

• Lea y siga estas instrucciones.
• Las luminarias empotradas HALO® e(luminarias) stán diseñadas para cumplir con los requisitos más recientes del Código Eléctrico Nacional (NEC) y están plenamente certificadas por su cumplimiento con UL. Antes de comenzar la instalación de su luminaria empotrada verifique el código local. Este código fija los estándares de cableados de su localidad y debe ser estudiado cuidadosamente antes de comenzar.
• **GUARDE ESTAS INSTRUCCIONES Y ADVERTENCIAS.**

## ⚠️ ADVERTENCIA

 **Riesgo de incendio -** UTILICE CONDUCTORES DE SUMINISTRO QUE SOPORTEN UN MÍNIMO DE 90°C. Si no está seguro consulte a un electricista.

 **Riesgo de choque eléctrico** Para evitar una posible descarga eléctrica, asegúrese de que el suministro de alimentación esté apagado en la caja de fusibles o en el disyuntor antes de instalar o mantener la luminaria.

 **Riesgo de incendio/choque eléctrico -** La instalación del Kit de Retrofit LED requiere el conocimiento de sistemas eléctricos de luminarias. Si no está calificado, no intente la instalación. Consulte a un electricista calificado. El cableado de la luminaria y las piezas eléctricas se puede dañar cuando haga la perforación para instalar el kit adaptador LED. Revise las conexiones y los componentes interiores.



# ⚠ CAUTION

**Edges may be Sharp -**
Wear gloves while handling.

- Connect fixture to a 120 volt, 60 Hz power source. Any other connection voids the warranty.
- Fixture should be installed by persons with experience in household wiring or by a qualified electrician. The electrical system, and the method of electrically connecting the fixture to it, must be in accordance with the National Electrical Code and local building codes.
- Do not make or alter any open holes in an enclosure of wiring or electrical components during kit installation.
- Please examine all parts that are not intended to be replaced by the retrofit kit for damage and replace any damaged parts prior to installation of the retrofit kit.
- This device is not intended for use with emergency exits.
- For Canada only per CSA C22.2 No. 250.1-16, retrofits for luminaire conversion: The retrofit kit is accepted as a component of a luminaire where the suitability of the combination shall be determined by authorities having jurisdiction. Product must be installed by a qualified electrician in accordance with the applicable and appropriate electrical codes. The installation guide does not supersede local or national regulations for electrical installations.

 **Risque d'incendie/de chocs électriques -** Risque d'incendie/de chocs électriques - N'installez cette trousse que dans les luminaires dotés des dimensions et des caractéristiques présentées sur les photos ou sur les schémas et pour lesquels la tension d'entrée de la trousse de post-câblage ne doit pas dépasser celle du dispositif.

**AVERTISSEMENT** – Pour éviter l'abrasion ou les dommages au câblage, n'exposez pas le câblage aux bords de tôle ou à d'autres objets coupants.

# ⚠ PRÉCAUTION

 **Les bords peuvent être tranchants -** Portez des gants lors de la manipulation.

- Raccordez le luminaire à une source d'alimentation de 120 V, 60 Hz. Tout autre raccord annulera la garantie.
- L'appareil d'éclairage doit être installé par un électricien ou une personne chevronnée en câblage domestique. Le système électrique et la méthode de connexion électrique de l'appareil d'éclairage doivent être conformes au Code national de l'électricité et aux codes locaux du bâtiment.
- Ne pas faire ou modifier les trous ouverts dans une enceinte de câblage ou de composants électriques pendant l'installation du kit.
- Veuillez examiner toutes les pièces qui ne sont pas destinées à être remplacées par le kit de modernisation pour détecter les dommages éventuels et remplacez toutes les pièces endommagées avant l'installation du kit de modernisation.
- Cet appareil n'est pas conçu pour être utilisé avec des issues de secours.
- Pour le Canada uniquement conformément à la norme CSA C22.2 n° 250.1-16, modifications pour la conversion de luminaires: le kit de modification est accepté comme composant d'un luminaire où

 **Riesgo de incendio/choque eléctrico -** Instale este kit solamente en luminarias que tengan las características de construcción y las dimensiones que se muestran en las fotografías o diagramas, y donde la potencia de entrada del kit adaptador no supere la potencia de entrada de la luminaria.

**ADVERTENCIA** - Para prevenir daños o rozaduras en los cables, no los exponga a los bordes de láminas metálicas o de otros objetos cortantes.

# ⚠ PRECAUCIÓN

 **Los bordes pueden cortar -** Use guantes durante la manipulación.

- Connect fixture to a 120 volt, 60 Hz power source. Cualquier otro tipo de conexión anula la garantía.
- El accesorio debe ser instalado por personas con experiencia en cableado doméstico o por un electricista calificado. El sistema eléctrico y el método de conexión eléctrica del accesorio debe cumplir con el Código eléctrico nacional y los códigos locales sobre edificios.
- No realice ni modifique ningún orificio abierto en un recinto de cableado o componentes eléctricos durante la instalación del kit.
- Examine todas las piezas que no están destinada a ser reemplazadas por el kit de actualización en busca de daños y reemplace las piezas dañadas antes de la instalación de actualización.
- Este dispositivo no está diseñado para usarse con salidas de emergencia.
- Para Canadá solo según CSA C22.2 No. 250.1-16, modificaciones para la conversión de luminarias: el kit de modificación se acepta como un componente de una luminaria donde la idoneidad de la combinación será determinada por las autoridades competentes. El producto debe ser instalado por un

**IB51801523**

l'adéquation de la combinaison doit être déterminée par les autorités compétentes. Le produit doit être installé par un électricien qualifié conformément aux codes électriques applicables et appropriés. Le guide d'installation ne remplace pas les réglementations locales ou nationales relatives aux installations électriques.

electricista calificado de acuerdo con los códigos eléctricos aplicables y apropiados. La guía de instalación no reemplaza las regulaciones locales o nacionales para instalaciones eléctricas.

---

### DIMMING

Halo CJB is designed for dimming with many 120V Leading Edge (LE) and Trailing Edge (TE) phase control dimmers. Dimming capability may be enhanced with select dimmers that feature low end trim adjustment. (Consult dimmer manufacturer for specific load compatibility and application information. Note some dimmers require a neutral in the wallbox.) For the latest Halo CJB product information, please refer to specifications online at www.cooperlighting.com

### GRADATION

Le modèle CJB de Halo est conçu pour varier l'intensité de plusieurs gradateurs à commande de phase de 120 V à bord d'attaque et à bord de fuite. La capacité de gradation peut être augmentée avec les gradateurs sélectionnés comportant une garniture à extrémité inférieure. (Consultez le fabricant du gradateur pour connaître la compatibilité de tension spécifique et les renseignements d'installation. Remarque : Certains gradateurs nécessitent une boîte murale avec un fil neutre.) Pour obtenir les renseignements récents et les spécifications au sujet du produit CJB de Halo, veuillez visiter le site www.cooperlighting.com

### ATENUACIÓN

El Montaje en superficie universal (CJB) de HALO está diseñado para atenuar con varios atenuadores de control de fase de borde delantero (LE, Leading Edge) y borde posterior (TE, Trailing Edge) de 120 V. Se puede aumentar la capacidad de atenuación utilizando algunos atenuadores con un bajo ajuste de la terminación del extremo. (Consulte con el fabricante del atenuador para ver la compatibilidad de carga específica y los datos de aplicación. Tenga en cuenta que algunos atenuadores requieren una conexión neutra en la caja de la pared). Para ver la información más reciente sobre los productos CJB de HALO, consulte las especificaciones en línea en www.cooperlighting.com

### DETERMINING WHICH INSTALLATION METHOD TO USE

### DÉTERMINATION DE LA MÉTHODE À UTILISER

### DETERMINAR QUÉ MÉTODO DE INSTALACIÓN USAR



**⚠ WARNING**

⚡ **Risk of Electric Shock -** To avoid possible electrical shock, be sure that power supply is turned off at fuse box or circuit breaker before installing or servicing luminaire.

**⚠ AVERTISSEMENT**

⚡ **Risque de chocs électriques -** Pour éviter la possibilité d'électrocution, assurez-vous que la source d'alimentation est hors tension depuis la boîte des fusibles ou le disjoncteur avant d'installer ou de réparer le luminaire.

**⚠ ADVERTENCIA**

⚡ **Riesgo de choque eléctrico** Para evitar una posible descarga eléctrica, asegúrese de que el suministro de alimentación esté apagado en la caja de fusibles o en el disyuntor antes de instalar o mantener la luminaria.

### 1. DIRECT MOUNT / CANLESS

The CJB models can be installed directly into a ceiling without requiring separate JBOX or recessed housings.

### 1. CÂBLAGE DIRECT / SANS BOÎTIER

Les modèles CJB peuvent être installés directement au plafond sans avoir besoin de boîtes de jonction ou de boîtiers encastrés distincts.

### 1. CABLEADO DIRECTO / SIN ALOJAMIENTO

Los modelos de CJB se pueden instalar directamente en el cielo raso, sin necesidad de una caja de derivación por separado ni alojamientos empotrados.

### WIRING

1. Cut an opening in the ceiling by using the provided template to trace the module opening (see Figure 1). Make sure the opening is not larger than the outer flange of the LED module.

| Hole Saw Sizing | Min | Max |
|---|---|---|
| CJB 4" | 3-3/4" | 4-3/16" |
| CJB 6" | 5-5/8" | 6-1/8" |

2. Open the cover of the attached jbox and insert the supply wires through the preferred strain reliefs in the provided jbox. Connect the bare copper (ground) wire from the jbox to the ground wire of the supply connection using the provided wire nut.

### CÂBLAGE

1. Découpez une ouverture dans le plafond à l'aide du modèle fourni pour tracer l'ouverture du module (voir Figure 1). Assurez-vous que l'ouverture ne soit pas plus large que la surface externe du module DEL.

| Taille de la scie à trous | Min | Max |
|---|---|---|
| CJB 4" | 3-3/4" | 4-3/16" |
| CJB 6" | 5-5/8" | 6-1/8" |

2. Ouvrez le couvercle de la boîte de jonction attachée à l'arrière du module et insérez les fils d'alimentation au travers du dispositif de décharge souhaité de la boîte de jonction attachée. Branchez le fil en cuivre nu (destiné à

### CABLEADO

1. Corte una apertura en el cielo raso usando la plantilla provista para marcar la apertura del módulo (ver Figura 1). Asegúrese de que la apertura no sea más grande que la brida exterior del módulo LED.

| Tamaño del agujero de la sierra | Min | Max |
|---|---|---|
| CJB 4" | 3-3/4" | 4-3/16" |
| CJB 6" | 5-5/8" | 6-1/8" |

2. Abra la cubierta de la caja de derivación adjunta en la parte trasera del módulo e inserte los cables de alimentación a través de las protecciones contra tirones en la caja de derivación adjunta. Conecte el cable de cobre

**IB51801523**

3. Connect the black/white leads from the output of the driver to the appropriate supply side wiring using the provided wire nuts.
4. Close the cover after properly securing the supply wire to the provided jbox on the rear of the LED module.
5. Module is ready to install into ceiling. (See **MOUNTING** section for specific instructions).

la mise à la terre) de la boîte de jonction au fil de mise à la terre du raccordement d'alimentation à l'aide du serre-fils fourni.
3. Branchez les câbles blancs et noirs de la sortie du pilote au câblage d'alimentation latéral correspondant à l'aide des serre-fils fournis.
4. Refermez le couvercle en vous assurant que le fil d'alimentation est correctement fixé à la boîte de jonction attachée à l'arrière du module DEL.
5. Le module est prêt à installer au plafond. (Voir la section **MONTAGE** pour obtenir des instructions spécifiques).

desnudo (a tierra) de la caja de derivación al cable a tierra de la conexión de alimentación usando la tuerca para cables provista.
3. Una los conectores negro/blanco de la salida del controlador con el cableado del lado de alimentación adecuado usando las tuercas para cables provistas.
4. Cierre la cubierta después de asegurar correctamente el cable de alimentación en la caja de derivación adjunta en la parte trasera del módulo LED.
5. El módulo está listo para su instalación en el techo. (Consulte la sección **MONTAJE** para ver instrucciones específicas).

### CANLESS MOUNTING

1. Bundle any excess wire and place into ceiling above the module according to local code as required.
2. Rotate both mousetrap springs upward to allow passage through the cutout in the ceiling (Figure 2).
3. Continue to press the module through the cutout in the ceiling until the perimeter flange of the module is flush against the ceiling.
4. The springs will rotate back into position and hold the LED module tight to the ceiling.

### MONTAGE SANS BOÎTE

1. Regroupez l'excédent de câble et placez-le dans le plafond au-dessus du module conformément au code local, le cas échéant.
2. Faites pivoter les ressorts souricières vers le haut pour permettre au module de passer à travers l'ouverture du plafond (Figure 2).
3. Continuez à exercer une pression sur le module à travers l'ouverture du plafond jusqu'à ce que le périmètre du rebord du module soit fixé au plafond.
4. Les ressorts retourneront à leur position initiale et maintiendront le module DEL fixé au plafond de manière sécuritaire.

### MONTAJE DEL MÓDULO SIN ALOJAMIENTO

1. Enrolle cualquier exceso de cable y colóquelo en el cielo raso sobre el módulo según lo requiera el código local.
2. Rote ambos resortes tipo ratonera hacia arriba para permitir el pasaje por el corte del cielo raso (Figura 2).
3. Continúa presionando el módulo por el corte en el cielo raso hasta que la brida perimetral del módulo quede a ras del cielo raso.
4. Los resortes girarán hasta volver a su posición y mantendrán el módulo LED bien sujeto en el cielo raso.

**Figure 1**        **Figure 2**

      

 **CAUTION**

**Risk of pinching -**
Do not place hands under springs during removal of the LED module.

 **PRÉCAUTION**

**Risque de pincement -**
Ne placez pas vos mains sous les ressorts pendant que vous retirez le module DEL.

 **PRECAUCIÓN**

**Riesgo de pellizco -**
No coloque las manos debajo de los resortes durante la extracción del módulo LED.

### CANLESS REMOVAL

1. Simply pull down firmly on LED module until mousetrap springs release from the ceiling. Reach through the ceiling to hold mousetrap springs up and away from the ceiling as you continue to pull the module from it's opening.
2. Disconnect wiring.

### ENLÈVEMENT SANS BOÎTE

1. Il vous suffit de tirer le module DEL vers le bas jusqu'à ce que les ressorts souricières se détachent du plafond. Passez la main à travers le plafond pour vous assurer que les ressorts souricières se trouvent plus haut que l'ouverture tout en continuant à tirer sur le module.
2. Débranchez le câblage.

### EXTRACCIÓN DEL MÓDULO SIN ALOJAMIENTO

1. Solo tire firmemente del módulo LED hasta que los resortes tipo ratonera se suelten del cielo raso. Atraviese el cielo raso para sujetar los resortes tipo ratonera hacia arriba y lejos del cielo raso, mientras continúa tirando del módulo desde la apertura.
2. Desconecte el cableado.

Case 5:22-cv-02603-NC Document 26-11 Filed 05/03/24 Page 7 of 12
Case 5:22-cv-02603-JRH Document 26-11 Filed 05/03/24 Page 7 of 12 PageID #:367
IB51801523

## 2. RETROFIT INSTALLATION

### NON-SCREWBASE LED LUMINAIRES
- LED connector is compatible with:
  - Halo 4" H245, H45, H995, H99 Series LED housings
  - Halo 6" E750, H750 and H2750 Series LED Housings.
- LED connector meets California Title-24 high-efficacy luminaire standard as a non-screw base socket.
- LED connector is a non-screwbase luminaire disconnect for tool-less installation.

**The CJB4 is UL Certified for use with any 4" diameter recessed luminaire constructed of steel or aluminum with an internal volume that exceeds 64" in³ addition to those noted below and does not exceed the input rating of the luminaire.**

- HALO: H245ICAT, H99ICAT, H99TAT, H995ICAT, H99T, H99ICT, E4ICATSB, E4TATSB, E4RTATSB, H45ICAT*, H450FR2ICAT*

**The CJB6 is UL Certified for use with any 6" diameter recessed luminaire constructed of steel or aluminum with an internal volume that exceeds 152" in³ addition to those noted below and does not exceed the input rating of the luminaire.**

- HALO: H7ICAT, H7ICT, H7T, H7ICATNB, H7ICTNB, H7TNB, H7UICAT, H7TCP, H27ICAT, H27T, E27ICAT, E27TAT, E7ICAT, E7ICATNB, E7TAT, E7TATNB, H7UICAT, H7ICATNB, H7ICTNB, H7TNB, H7UICAT
- HALO® LED: H750ICAT, H750T, H750TCP, H2750ICAT, E750ICAT, H750FR2ICAT
- HALO LED Retrofit: ML7BXRFK, ML7E26RFK

For additional information, please refer to the latest Halo LED Specification sheet found at www.cooperlighting.com.

## 2. INSTALLATION DANS LE CADRE DE TRAVAUX DE MODERNISATION

### LUMINAIRES À DEL À CULOT NON VISSÉ
- Le connecteur DEL est compatible avec les boîtiers DEL :
  - Série H99, H995, H245, H45 10,2 cm (4 po) Halo
  - Série E750, H750 et H2750 de 15,24 cm (6 po) Halo
- Le connecteur à DEL est conforme à l'article 24 du règlement de Californie et aux normes concernant les luminaires à haute efficacité en tant que douille de base non vissée.
- Le connecteur à DEL est une prise de débranchement de luminaire sans culot à vis pour une installation sans outil.

**L'utilisation du CJB4 est homologuée UL avec n'importe quel luminaires encastrés de 4 po de diamètre en acier ou en aluminium présentant un volume interne supérieur à 1,05 litre (64 po³) en plus de ceux indiqués ci-dessous et ne dépassant pas la puissance d'entrée nominale du luminaire.**

- HALO: H245ICAT, H99ICAT, H99TAT, H995ICAT, H99T, H99ICT, E4ICATSB, E4TATSB, E4RTATSB, H45ICAT*, H450FR2ICAT*

**L'utilisation du CJB6 est homologuée UL avec n'importe quel luminaires encastrés de 15,2 cm (6 po) de diamètre en acier ou en aluminium présentant un volume interne supérieur à 2,5 litre (152 po³) en plus de ceux indiqués ci-dessous et ne dépassant pas la puissance d'entrée nominale du luminaire.**

- HALO: H7ICAT, H7ICT, H7T, H7ICATNB, H7ICTNB, H7TNB, H7UICAT, H7TCP, H27ICAT, H27T, E27ICAT, E27TAT, E7ICAT, E7ICATNB, E7TAT, E7TATNB, H7UICAT, H7ICATNB, H7ICTNB, H7TNB, H7UICAT
- HALO® LED: H750ICAT, H750T, H750TCP, H2750ICAT, E750ICAT, H750FR2ICAT
- HALO LED Retrofit: ML7BXRFK, ML7E26RFK

Pour plus d'informations, s'il vous plaît se référer à la feuille de spécifications dernière Halo LED disponibles à www.cooperlighting.com.

## 2. INSTALACIÓN DE LA UNIDAD ADAPTADORA

### LUMINARIAS LED CON BASE NO ENROSCABLE
- El conector LED es compatible con:
  - Los alojamientos Halo LED de 4" (10,2 cm) de las Series H245, H45, H995 y H99
  - Las luminarias de la serie Halo E750, H750 y H2750 de 6" (152,40 mm)
- El conector LED cumple con el estándar para luminarias de alta eficiencia de los California en su Título 24, como luminaria con portacasquillo no enroscable.
- El conector LED es un desconector de la luminaria de base no enroscable que no necesita herramientas para su instalación.

**El CJB4 está certificado por UL para su uso con cualquier luminaria empotrable de 4" de diámetro construida de acero o aluminio con un volumen interno que exceda 64 pulgadas³ además de los indicados a continuación y no excede el valor de entrada del luminario.**

- HALO: H245ICAT, H99ICAT, H99TAT, H995ICAT, H99T, H99ICT, E4ICATSB, E4TATSB, E4RTATSB, H45ICAT*, H450FR2ICAT*

**El CJB6 está certificado por UL para su uso con cualquier luminaria empotrable de 6" (152,40 mm) de diámetro construida de acero o aluminio con un volumen interno que exceda 152 pulgadas³ además de los indicados a continuación y no excede el valor de entrada del luminario.**

- HALO: H7ICAT, H7ICT, H7T, H7ICATNB, H7ICTNB, H7TNB, H7UICAT, H7TCP, H27ICAT, H27T, E27ICAT, E27TAT, E7ICAT, E7ICATNB, E7TAT, E7TATNB, H7UICAT, H7ICATNB, H7ICTNB, H7TNB, H7UICAT
- HALO® LED: H750ICAT, H750T, H750TCP, H2750ICAT, E750ICAT, H750FR2ICAT
- HALO LED Retrofit: ML7BXRFK, ML7E26RFK

Para obtener información adicional, por favor consulte la hoja de especificaciones último Halo LED encontrar en www.cooperlighting.com.

**Remodel Housings**

**CAUTION:** For remodel housing please follow below operation to remove housing.
1. Pull the bracket, rotate and release all brackets. (Figure 3)
2. Move the housing off from the ceiling. (Figure 4)
3. Remove AC wires from the housing and transfer to CJB j-box. (Figure 5)
4. Install the fixture by referring above direct mount instruction.

**Boîtier pour rénovation**

**MISE EN GARDE :** Pour le boîtier rénové, veuillez suivre l'opération suivante pour retirer le boîtier.
1. Tirez sur le support, tournez et relâchez tous les supports. (Figure 3)
2. Retirez le boîtier du plafond. (Figure 4)
3. Retirez les fils CA du boîtier et transférez-les dans la boîte de jonction CJB. (Figure 5)
4. Installez le luminaire en vous référant aux instructions de montage direct ci-dessus.

**Carcasa remodelada**

**PRECAUCIÓN:** En el caso de la remodelación de la carcasa, siga la operación que se detalla a continuación para retirarla.
1. Tire del soporte, gire y libere todos los soportes. (Figura 3)
2. Retire la carcasa del techo. (Figura 4)
3. Retire los cables de CA de la carcasa y transfiéralos a la caja de conexiones CJB. (Figura 5)
4. Instale el luminario siguiendo las instrucciones de montaje directo que se detallan arriba.

**Figure 3**



**Figure 4**



**Figure 5**



**Retrofit Installation Into E26 Edison Screw Base Recessed Luminaires**
1. Remove mounting bracket and plate from inside existing recessed housing (if installed).
2. Remove socket from plate (if installed).
3. Screw Edison base adapter (F) into existing Edison base socket in luminaire.
4. Remove mousetrap springs from the module (Figure 6).
5. Attach friction blades (CJB 4") or torsion springs (CJB 6") (Figure 7a & 7b).
6. Remove the knockout, install the Strain relief/Bushing (Figure 8)
7. Route the pig tail and ideal connector through the bushing (Figure 8 & 9).
8. Close the J-box door.
9. Plug the orange connector from the CJB LED module (A) into the orange connector included with the screw base adapter (E) (Figure 10 & 11).
10. Bundle any excess length of wire inside the luminaire (above the module) in preparation for insertion.
11. Install the module. (See **MOUNTING** section for specific instructions.)

**Installation de postcâblage dans des luminaires encastrés avec culot à vis E26 Edison**
1. Retirez la plaque de fixation et la plaque installées à l'intérieur du luminaire encastré (si installées).
2. Retirez la douille de la plaque (si installée).
3. Vissez l'adaptateur de culot à vis Edison (F) dans la douille Edison existante du luminaire.
4. Retirez les ressorts de la souricière hors du module (Figure 6).
5. Fixez les lames de friction (10 cm/4 po CJB) ou les ressorts de torsion (15 cm/6 po CJB) (Figure 7a & 7b).
6. Retirez l'entrée défonçable, installez le dispositif de décharge et la bague (Figure 8).
7. Acheminez le raccord flexible et le connecteur idéal à travers la bague (Figures 8 et 9).
8. Fermez la porte de la boîte de jonction.
9. Branchez le connecteur orange du module à DEL CJB (A) au connecteur orange de l'adaptateur vissable de la base (E) (Figures 10 et 11).
10. Rassemblez tout excédent de câblage à l'intérieur du luminaire (au-dessus du module) avant l'insertion finale.
11. Installez le module. (Consultez le chapitre « **MONTAGE** » pour obtenir tous les détails.)

**La instalación de la lámpara retrofit en luminarias empotrables de base con rosca Edison E26**
1. Retire el soporte de montaje y la placa desde el interior de la luminaria empotrada existente (si están instalados).
2. Libere el cubo de la placa (si está instalada).
3. Atornille el adaptador de base Edison (F) en el cubo de la base Edison existente de la luminaria.
4. Retire los resortes tipo ratonera del módulo (Figura 6).
5. Coloque las cuchillas de fricción (CJB 4") o los resortes de torsión (CJB 6") (Figura 7a & 7b).
6. Retire el orificio ciego, instale el aliviador de tensión/casquillo (Figura 8).
7. Pase el cable y el conector a través del casquillo (Figuras 8 y 9).
8. Cierre la puerta de la caja y conexiones.
9. Enchufe el conector naranja del módulo LED CBJ (A) al conector naranja que se incluye con adaptador con base con rosca (B) (Figura 10 y 11).
10. Enrolle todo exceso de cable dentro la luminaria (por encima del módulo) a fin de prepararlo para su colocación.
11. Instale el módulo. (Consulte la sección **MONTAJE** para obtener instrucciones específicas.)

**Figure 6**



**Figure 7a**      **Figure 7b**



CJB 4"
Friction Blades
Lames à friction
Cuchillas de fricción

CJB 6"
Torsion Springs
Ressorts de torsion
Muelles de torsión

**Figure 8**



CJB4

CJB6

**Figure 9**



**Figure 10**



**Figure 11**



Halo dedicated LED connector
Connecteur DEL HALO dédié
Conector de lauces LED HALO dedicado

**Figure 12**



## RETROFIT MOUNTING

**Note:** A round foam gasket has been provided for installation if local code requires.

### Torsion Spring Installation Method

1. Properly wire the unit as instructed in the **WIRING** section of these instructions.

2. If the torsion springs are not pre-installed from the factory, then remove the torsion springs and screws from the separate parts bag and install them to the ends of the fixture as shown in Figure 7b.

3. For installation into a luminaire, simply press each leg of the torsion springs together and insert them through the receivers inside the luminaire. (Figure 12)

**Note:** For easiest installation, insert both sides of the torsion springs simultaneously (versus one at a time).

## MONTAGE D'ADAPTATION

**Remarque:** Un joint d'étanchéité en mousse est fourni pour une installation conforme au Code local.

### Méthode d'installation du ressort à friction

1. Effectuez le câblage adéquat de l'appareil comme indiqué au chapitre « **CÂBLAGE** » de ces instructions.

2. Si les ressorts de friction n'ont pas été installés en usine, retirez les ressorts de friction et les vis contenus dans le sac de pièces distinct et installez-les aux extrémités du centre de la plaque de fixation, comme illustré à la (Figure 7b).

3. Pour l'installation dans un luminaire, pressez simplement chaque patte du ressort de torsion l'un contre l'autre et insérez-les dans les trous situés à l'intérieur du luminaire (Figure 12).

**Remarque:** Pour installer plus facilement, insérez simultanément les deux côtés du ressort à friction (au lieu d'un à la fois).

## MONTAJE DEL KIT DE REACONDICIONAMIENTO

**Nota:** Se ha suministrado una junta de goma espuma redonda para la instalación en caso de que el código local lo exija.

### Método de instalación del muelle de torsión

1. Haga el cableado de la unidad correctamente como se lo indica en la sección **CABLEADO** de estas instrucciones.

2. Si los muelles de torsión no vienen preinstalados de fábrica, extraiga los muelles de torsión y los tornillos de la bolsa de piezas que viene aparte e instálelos en los extremos del soporte central, como se muestra en la Figura 7b.

3. Para la instalación de una luminaria, simplemente presione las patas de los muelles de torsión juntas e introdúzcalas a través de los receptores dentro de la luminaria. (Figura 12)

**Nota:** Para hacer la instalación más fácil, introduzca ambos lados de los muelles de torsión en forma simultánea (en comparación con una por vez).



|  ⚠ **CAUTION** |  ⚠ **PRÉCAUTION** |  ⚠ **PRECAUCIÓN** |
|---|---|---|
| ⚠ **Edges may be Sharp -** Wear gloves while handling. | ⚠ **Les bords peuvent être tranchants -** Portez des gants lors de la manipulation. | ⚠ **Los bordes pueden cortar -** Use guantes durante la manipulación. |

**Friction Clip Installation Method**

**Note:** This method works for both 4" luminaires.

1. Remove mouse trap springs from the module and discard (Figure 6).
2. Insert friction clips into friction clip holders making sure that they are fully seated, as indicated by a click when the locking feature engages.
3. Properly wire the unit as instructed in the **WIRING** section of these instructions.
4. Make sure both friction clips are fully installed and screwed onto the module (Figure 7a).
5. Align the module in the center of the recessed luminaire and press the module firmly into the luminaire. Take care that all wiring is away from the friction clips to avoid being pinched. After pressing into place, twist the module clockwise slightly to eliminate any gaps between the ceiling and the module trim face.

**Méthode d'installation du collier de friction**

**Remarque:** Cette méthode est adaptée aux luminaires de 10 cm (4 po).

1. Retirez les ressorts de la souricière hors du module et jetez-les (Figure 6).
2. Insérez les clips à friction dans leurs supports en vous assurant qu'elles sont bien en place grâce au « clic » que vous devez entendre lorsque la fonction de verrouillage est enclenchée.
3. Effectuez le câblage adéquat de l'appareil comme indiqué au chapitre « **CÂBLAGE** » de ces instructions.
4. Assurez-vous que les deux pinces de friction sont complètement installées et vissées sur le module (Figure 7a).
5. Alignez le module avec le centre du luminaire encastré et appuyez fermement sur le module pour l'y insérer. Assurez-vous que tout le câblage demeure à l'écart des colliers de friction pour éviter de le coincer. Une fois le module en place, tournez-le légèrement vers la droite de manière à éliminer tout espace entre le plafond et la face de la garniture du module.

**Método de instalación del gancho de fricción**

**Nota:** Este método funciona para las luminarias de 4".

1. Retire los resortes tipo ratonera del módulo y deséchelos (Figura 6).
2. Inserte sujetadores de fricción y asegúrese de que estén completamente fijados como se indica con un clic cuando se activa la función de bloqueo.
3. Haga el cableado de la unidad correctamente como se lo indica en la sección **CABLEADO** de estas instrucciones.
4. Asegúrese de que ambos ganchos de fricción están completamente instalados y atornillados al módulo (Figura 7a).
5. Alinee el módulo en el centro de la luminaria empotrada y presione dicho módulo con firmeza hacia dentro de la luminaria. Corrobore que todos los cables estén lejos de los ganchos de fricción, a fin de evitar pellizcarlos. Luego de presionarlo en su lugar, gire levemente el módulo en sentido horario para eliminar cualquier espacio entre el techo y la parte frontal de la moldura del módulo.

**REWIRING OR UNINSTALLING THE LED MODULE**

**Torsion Spring Method Removal**

1. Pull down firmly on the module until it can't continue downwards.
2. Reach between the flange of the module (inside the can) and squeeze the torsion spring legs together to remove them from the luminaire receptors.
3. Disconnect the LED module wiring from the recessed luminaire (LED connector or screw-in Edison base).
4. Remove ground wire from luminaire.

**Friction Clip Method Removal**

1. Twist the module (about 60º) counterclockwise to release the grip of the friction clips to the luminaire.
2. Pull down firmly on the module to remove it from the recessed luminaire.
3. Disconnect the LED module wiring from the recessed luminaire (LED connector or screw-in Edison base).
4. Remove ground wire from luminaire.

**RÉNOVATION DE CÂBLAGE OU DÉSINSTALLATION DU MODULE DEL**

**Méthode de retrait du ressort de torsion**

1. Tirez fermement le module vers le bas jusqu'à ce qu'il s'immobilise.
2. Passez entre le bord du module (à l'intérieur du boîtier) et pressez les pattes du ressort de torsion l'une contre l'autre pour les sortir des trous du luminaire.
3. Débranchez le câblage du module DEL du luminaire encastré (connecteur DEL ou culot à vis Edison).
4. Retirez le fil de mise à la terre du luminaire.

**Méthode de retrait du collier de friction**

1. Tournez le module (environ 60°) vers la gauche pour déclencher et relâcher les colliers de friction du luminaire.
2. Tirez fermement le module vers le bas pour le retirer du luminaire encastré.
3. Débranchez le câblage du module DEL du luminaire encastré (connecteur DEL ou culot à vis Edison).
4. Retirez le fil de mise à la terre du luminaire.

**RECABLEADO O DESINSTALACIÓN DEL MÓDULO LED**

**Método de extracción del muelle de torsión**

1. Tire con firmeza hacia abajo del módulo hasta que este no pueda continuar bajando.
2. Llegue hasta donde está la brida del módulo (dentro del cubo) y apriete las patas del muelle de torsión juntas para extraerlas de los receptores de la luminaria.
3. Desconecte el cableado del módulo LED de la luminaria empotrada (el conector LED o la base Edison enroscable).
4. Retire el cable a tierra de la luminaria.

**Método de extracción del gancho de fricción**

1. Gire el módulo en sentido antihorario (a aproximadamente 60°) para liberar la sujeción de la luminaria por los ganchos de fricción.
2. Tire con firmeza hacia abajo del módulo para extraerlo de la luminaria empotrada.
3. Desconecte el cableado del módulo LED de la luminaria empotrada (el conector LED o la base Edison enroscable).
4. Retire el cable a tierra de la luminaria.



## 5-YEAR LIMITED WARRANTY

Limited warranty for five years, based on up to 6 hours of usage per day. Additional terms and conditions apply. For more details, please visit: **www.cooperlighting.com/warranty**

## GARANTIE LIMITÉE DE 5 ANS

Garantie limitée de cinq ans, selon une utilisation de 6 heures par jour. Des conditions supplémentaires s'appliquent. Pour plus de détails, veuillez consulter : **www.cooperlighting.com/warranty**

## GARANTIA LIMITADA DE 5 AÑOS

Garantía limitada de cinco años, basada en un uso de hasta 6 horas al día. Se aplican términos y condiciones adicionales. Para obtener más detalles, visite: **www.cooperlighting.com/warranty**

## FCC Statement

**Note:** This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off an on, the user is encouraged to try to correct the interference by one or more of the following measures:

• Reorient or relocate the receiving antenna.

• Increase the separation between the equipment and receiver.

• Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.

• Consult the dealer or an experienced radio/TV technician for help.

Any changes or modifications to this unit not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

• This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

This device complies with ISED ICES Standard Canada ICES-005(B) / NMB-005 (B).

## Énoncé de la FCC

**Remarque :** Cet équipement a été mis à l'essai et déclaré conforme aux limites établies pour un dispositif numérique de classe B en vertu d'article 15 des règlements de la FCC. Ces limites sont conçues pour assurer une protection raisonnable contre tout brouillage nuisible dans une installation résidentielle. Cet équipement produit utilise et peut émettre des ondes radioélectriques et, s'il n'est pas installé et utilisé conformément aux instructions, il peut créer des parasites nuisibles aux communications radio. Cependant, il n'existe aucune garantie que les interférences ne se produiront pas avec une installation particulière. Si cet équipement cause des brouillages préjudiciables à la réception de la radio ou de la télévision, ce qui peut être déterminé en éteignant et en rallumant l'équipement, l'utilisateur est invité à essayer de corriger ce brouillage au moyen de l'une ou de plusieurs des mesures suivantes :

• Réorienter ou déplacer l'antenne de réception.

• Augmenter la distance entre l'équipement et le récepteur.

• Brancher l'équipement sur une prise indépendante du circuit d'alimentation du récepteur.

• Consulter le détaillant ou un technicien de radio/ télévision compétent pour obtenir de l'aide.

Toute modification apportée à cet appareil non expressément approuvée par la partie responsable de la conformité pourrait annuler l'autorité de l'utilisateur à utiliser l'équipement.

• Cet appareil est conforme au chapitre 15 des règlements FCC. La mise est oeuvre est sous réserve des deux conditions suivantes : (1) Cet appareil ne provoque pas de brouillage nuisible, et (2) Cet appareil doit accepter toute interférence reçue, notamment l'interférence qui pourrait provoquer un fonctionnement indésirable.

Cet appareil est conforme à la norme ISED ICES Canada ICES-005 (B) / NMB-005 (B).

## Declaración de la FCC

**Nota:** El equipo ha sido probado y cumple con los límites para un dispositivo digital de Clase B, de conformidad con la parte 15 de las Normas de la FCC. Estos límites están diseñados para proporcionar una protección razonable contra las interferencias dañinas en una instalación residencial. Este equipo genera usos y puede emitir energía de radiofrecuencia y si no se instala y utiliza de acuerdo con las instrucciones, puede causar interferencia dañina en las comunicaciones de radio. Sin embargo, no se puede garantizar que dicha interferencia no ocurra en una instalación determinada. Si este equipo causa interferencia dañina en la recepción de radio o televisión, lo que puede determinarse apagando y encendiendo el equipo, se recomienda al usuario que intente corregir la interferencia mediante una o más de las siguientes medidas:

• Reorientar o reubicar la antena receptora.

• Aumentar la separación entre el equipo y el receptor.

• Conectar el equipo a una toma de corriente en un circuito diferente al que está conectado el receptor

• Consultar con el distribuidor o con un técnico de radio/ TV experimentado para obtener ayuda.

Cualquier cambio o modificación a esta unidad no aprobada expresamente por la parte responsable del cumplimiento podría anular la autoridad del usuario para operar el equipo.

• Este dispositivo cumple con parte 15 de las reglas de FFC. SU operación está sujeta a la siguiente condiciones: (1) Este dispositivo no puede causar interferencia dañina, y (2) este dispositivo puede recibir interferencia, incluyendo aquella que puede causar una operación no deseada del dispositivo.

Este dispositivo cumple con la norma ISED ICES Canada ICES-005 (B) / NMB-005 (B).



**Cooper Lighting Solutions**
1121 Highway 74 South
Peachtree City, GA 30269
P: 770-486-4800
www.cooperlighting.com

**Canada Sales**
5925 McLaughlin Road
Mississauga, Ontario L5R 1B8
P: 905-501-3000
F: 905-501-3172

© 2023 Cooper Lighting Solutions
All Rights Reserved
Printed in China
Imprimé en Chine
Impreso en China
Publication No. IB51801523

Cooper Lighting Solutions is a registered trademark. All trademarks are property of their respective owners.

Cooper Lighting Solutions est une marque de commerce déposée. Toutes les autres marques de commerce sont la propriété de leur propriétaire respectif.

Cooper Lighting Solutions es una marca comercial registrada. Todas las marcas comerciales son propiedad de sus respectivos propietarios.

Product availability, specifications, and compliances are subject to change without notice

La disponibilité du produit, les spécifications et les conformités peuvent être modifiées sans préavis

La disponibilidad de productos, las especificaciones y los cumplimientos están sujetos a cambio sin previo aviso



*CJB4 and CJB6 Round Ceiling Templates*

*Modèles de plafond rond CJB4 et CJB6*

*Plantillas de techo redondo CJB4 y CJB6*

6-1/8"
[155.6mm]

4-3/16"
[106.4mm]

─── **CJB6** - 6" round cutout / 6" découpe ronde / 6" recorte redondo

─── **CJB4** - 4" round cutout / 4" découpe ronde / 4" recorte redondo

