# EXHIBIT J

(Rubshlager Declaration)

*Exhibits*     *Case No.: 1:24-cv-05643-TRJ*

Ryan W. Koppelman (SBN 290704)
**Alston & Bird LLP**
350 S. Grand St. 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
ryan.koppelman@alston.com

Adam D. Swain (SBN 257687)
**Alston & Bird LLP**
950 F St NW
Washington, DC 20004
Telephone: (213) 576-1000
adam.swain@alston.com

*Attorneys for Defendants Cooper Lighting, LLC, Lowe's Home Centers, LLC and Home Depot USA, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DS ADVANCED ENTERPRISES, LTD., A CORPORATION<br><br>Plaintiff,<br>v.<br><br>COOPER LIGHTING, LLC, LOWE'S HOME CENTERS, LLC, HOME DEPOT USA, INC,<br><br>Defendants. | Case No. 5:23-cv-02603<br><br>**DECLARATION OF KATHERINE G. RUBSCHLAGER IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER** |

I, Katherine Rubschlager, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California and a Senior Associate with the law firm of Alston & Bird LLP, attorneys of record for Cooper Lighting, LLC ("Cooper"), Lowe's Home Centers, LLC and Home Depot USA, Inc. I have personal knowledge of the facts stated in this Declaration, and, if called to testify, could and would testify competently under oath to these facts.

2. Attached hereto as **Exhibit A** is a true and correct copy of the declaration of Jyoti Kumar, the Director of Engineering for Connected Residential Group at Cooper.

3. Attached hereto as **Exhibit B** is a true and correct copy of the declaration of Glenn Siegel, the Business Leader of Connected Residential Lighting at Cooper.

4. Attached hereto as **Exhibit C** is a true and correct copy of the declaration of Bryan Kerivan, the Head of Manufacturing Finance at Cooper.

5. Attached hereto as **Exhibit D** is a true and correct copy of the declaration of Kevin Doughty, a Merchant of Commercial and Recessed Lighting at Home Depot.

6. Attached hereto as **Exhibit E** is a true and correct copy of the declaration of Dennis Lenahan, the Vice President of Merchandising - Electrical • Building & Maintenance Management at Lowe's.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Linkedin profile of David Sherman, found at https://www.linkedin.com/in/consultantdavid/?originalSubdomain=ca (last accessed September 16, 2024).

8. Attached hereto as **Exhibit G** is a printout of Google Maps showing the distance from Lowe's Headquarters to the Northern District of Georgia.

9. Attached hereto as **Exhibit H** is a printout of Google Maps showing the distance from Lowe's Headquarters to the Central District of California.

I declare under penalty of perjury that the foregoing is true and correct.

RUBSCHLAGER DECLARATION     CASE NO. 5:23-CV-02603-JAK-SHK

Executed on this 20th day of September, 2024 in San Francisco, California.

*/s/ Katherine G. Rubschlager*
Katherine G. Rubschlager