# EXHIBIT K

# (Lenahan Declaration)

Ryan W. Koppelman (SBN 290704)
**Alston & Bird LLP**
350 S. Grand St. 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
ryan.koppelman@alston.com

Adam D. Swain (SBN 257687)
**Alston & Bird LLP**
950 F St NW
Washington, DC 20004
Telephone: (213) 576-1000
adam.swain@alston.com

*Attorneys for Defendants Cooper Lighting, LLC, Lowe's Home Centers, LLC and Home Depot USA, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DS ADVANCED ENTERPRISES, LTD., A CORPORATION<br><br>Plaintiff,<br>v.<br><br>COOPER LIGHTING, LLC, LOWE'S HOME CENTERS, LLC, HOME DEPOT USA, INC,<br><br>Defendants. | **Case No. 5:23-cv-02603**<br><br>**DECLARATION OF DENNIS J. LENAHAN IN SUPPORT OF DEFENDANTS' MOTION TO STAY AND MOTION TO TRANSFER** |

I, Dennis J. Lenahan, declare as follows:

1. I am the Vice President of Merchandising - Electrical • Building & Maintenance Management at Lowe's Home Centers, LLC ("Lowe's), where I have worked for 22 years. I have personal knowledge of the facts stated in this Declaration, and, if called to testify, could and would testify competently under oath to these facts.

2. I understand that Plaintiff accuses the CJB Integrated JBox Downlights (Model Number: CJB6099FS1EMWR) of infringement in this case (the "Accused Product").

3. Lowe's is a retail company that specializes in reselling home improvement products. Lowe's is headquartered in Mooresville, North Carolina with a corporate address at 1000 Lowe's Boulevard Mooresville, North Carolina 28117.

4. Lowe's operates various retail locations Georgia. These locations include, but are not limited to, Lowe's Home Improvement stores at 3625 N. Commerce Drive, East Point, Georgia 30344 and 1280 Caroline Street, NE, Atlanta, Georgia 30307.

5. Lowe's buys the Accused Product from, and only from, Cooper Lighting, LLC.

6. Lowe's purchases the Accused Product and resells it without any modification. In other words, Lowe's does not modify or change the Accused Product, its packaging, or any part of the device before offering it for sale or selling it to a customer.

7. To the extent Lowe's has any relevant documents or employees with knowledge about advertising, marketing, or sales of the Accused Product, those documents and potential witnesses are located at its headquarters in Mooresville, North Carolina. For example, marketing and sales personnel responsible for the Accused Product are located at Lowe's headquarters in Mooresville, North Carolina.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of September, 2024 in Mooresville, North Carolina.

Dennis J. Lenahan