(slip sheet)

# **EXHIBIT L**

(Physical sample of Accused Products submitted under separate seal)