# EXHIBIT M

# (Second Koppelman Declaration)

Ryan W. Koppelman (SBN 290704)
**Alston & Bird LLP**
350 S. Grand St. 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
ryan.koppelman@alston.com

Adam D. Swain (SBN 257687)
**Alston & Bird LLP**
950 F St NW
Washington, DC 20004
Telephone: (213) 576-1000
adam.swain@alston.com

*Attorneys for Defendants Cooper Lighting, LLC, Lowe's Home Centers, LLC and Home Depot USA, Inc.*

Ryan L. Frei (SBN 310722)
**Klarquist Sparkman, LLP**
121 SW Salmon St., Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
ryan.frei@klarquist.com

*Attorneys for Defendants Amazon.com Inc. and Amazon.com Services LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DS ADVANCED ENTERPRISES, LTD., A CORPORATION<br><br>Plaintiff,<br>v.<br><br>COOPER LIGHTING, LLC, LOWE'S HOME CENTERS, LLC, HOME DEPOT USA, INC,<br><br>Defendants. | **Case No. 5:23-cv-02603**<br><br>**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS** |

| | |
|---|---|
| 1 | I, Ryan Koppelman, declare as follows: |
| 2 | 1. I am an attorney duly licensed to practice law before all courts of the State |
| 3 | of California and a Partner with the law firm of Alston and Bird LLP, attorneys of record |
| 4 | for Cooper Lighting, LLC, Lowe's Home Centers, LLC and Home Depot USA, Inc. I |
| 5 | have personal knowledge of the facts stated in this Declaration, and, if called to testify, |
| 6 | could and would testify competently under oath to these facts. |
| 7 | 2. Attached hereto as **Exhibit 1** is a true and correct copy of Provisional |
| 8 | Application 62/673,595. |

Executed on this 29th day of May 2024 in Los Angeles, California.

*/s/ Ryan W. Koppelman*
Ryan W. Koppelman

# EXHIBIT 1

Doc Code: **TR.PROV**
Document Description: Provisional Cover Sheet (SB16)

PTO/SB/16 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# Provisional Application for Patent Cover Sheet
This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c)

## Inventor(s)

Inventor 1 [Remove]

| Given Name | Middle Name | Family Name | City | State | Country |
|---|---|---|---|---|---|
| David | | Sherman | Boca Raton | FL | US |

All Inventors Must Be Listed – Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. [Add]

| Title of Invention | A means to attach an LED light fixture on the ceiling directly or into an existing recessed housing. |
|---|---|
| Attorney Docket Number (if applicable) | 526587105 |

## Correspondence Address

Direct all correspondence to (select one):

○ The address corresponding to Customer Number   ● Firm or Individual Name

| Firm or Individual Name 1 | David Sherman |
|---|---|
| Firm or Individual Name 2 | |

## Mailing Address of Applicant:

| Address 1 | 6294 NW23RD Road |
|---|---|
| Address 2 | |
| City | Boca Raton |
| State/Province | FL |
| Postal Code | 33434 |
| Country | US |
| Phone | 416.9315228 |

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

● No.
   Yes, the invention was made by an agency of the United States Government. The U.S. Government agency name is:
   Yes, the invention was under a contract with an agency of the United States Government. The name of the U.S. Government agency and Government contract number are:

EFS - Web 1.0.2

Doc Code: TR.PROV
Document Description: Provisional Cover Sheet (SB16)

PTO/SB/16 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

**Entity Status**
Applicant asserts small entity status under 37 CFR 1.27 or applicant certifies micro entity status under 37 CFR 1.29

- (●) Applicant asserts small entity status under 37 CFR 1.27
- ( ) Applicant certifies micro entity status under 37 CFR 1.29. Applicant must attach form PTO/SB/15A or B or equivalent.
- ( ) No

**Warning**

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

**Signature**

Please see 37 CFR 1.4(d) for the form of the signature.

| Signature | /David Sherman/ | Date (YYYY-MM-DD) | 2018-05-18 |
|---|---|---|---|
| First Name | David | Last Name | Sherman | Registration Number (If appropriate) | |

This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **This form can only be used when in conjunction with EFS-Web. If this form is mailed to the USPTO, it may cause delays in handling the provisional application.**

EFS - Web 1.0.2

## ABSTRACT

A means to attach a recessed light fixture to the ceiling directly or into a recessed housing is disclosed. By providing both retrofit and new construction applications it reduces the amount of inventory carried.

# PROVISIONAL APPLICATION FOR PATENT

## INVENTION TITLE

A means to attach an LED light fixture on the ceiling directly or into an existing recessed housing.

## BACKGROUND OF THE INVENTION

**Problem Solved**: This invention solves the problem of consumers and/or electricians having to buy different LED recessed light fixtures for new construction installations and retrofit installations.

Currently different mounting clips are used either for retrofit or new construction applications.

By providing both retrofit and new construction applications the invention reduces the amount of inventory carried by lighting distributors.

## DETAILED DESCRIPTION OF THE INVENTION

As stated above, this invention solves the problem of consumers and/or electricians having to buy different light fixtures for new construction installations and retrofit installations. The invention claimed here solves this problem.

The unique fixture configuration provides both a retrofit application and new construction application embodied in the same light fixture.

The claimed invention differs from what currently exists. The unique fixture configuration is different from other available products on the market as it embodies both retrofit and new construction applications. This allows lighting retailers and distributors to carry only one set of inventory, thus saving money and warehouse space.

This invention is an improvement on what currently exists. The unique fixture configuration is different from other available products on the market as it embodies both retrofit and new construction applications. This allows lighting retailers and distributors to carry only one set of inventory, thus saving money and warehouse space.

The other available products require distributors and retailers to carry two sets of inventory.

By providing both retrofit and new construction applications it reduces the amount of inventory carried.

**The Version of The Invention Discussed Here Includes:**

1. retrofit clips
2. new construction clips

   3. connecting post
   4. metal body
   5. screw holes
   6. complete fixture
   7. socket adapter
   8. junction box
   9. twist connector

**Relationship Between The Components:**

1. Retrofit clips are attached to the fixture's body by screwing them into the provided holes (5).

2. New construction clips are attached to the connecting posts (3).

3. Connecting posts hold the new construction clips (2).

4. Metal body embodies the complete fixture (6).

5. Screw holes are used to attach the retrofit clips (1).

6. Complete fixture includes all electrical systems, clips, and accessories.

7. Socket adapter is used in conjunction with retrofit installation and replaces the light bulb in existing recessed fixture, and completes the electrical circuit

8. Junction box is used to hold connected wiring.

9. Twist connector is used to attach the junction box (8) output wire to the complete fixture (6).

**How The Invention Works:**

a. The new construction clips (2) are attached to connecting posts (3).

b. Retrofit clips (1) make a friction fit inside an existing recessed lighting fixture housing thereby securing complete fixture (6) inside.

c. In the absence of an existing recessed housing new construction clips (2) squeeze the ceiling material between the new construction clips (2) and extremity of complete fixture (6).

**How To Make The Invention:**

The invention would be made by die casting a metal body (4). That is the base of the complete fixture containing two connecting posts (3), to attach new construction clips (2) and three screw holes (5), at

120 degrees, to accept the retrofit clip (1). A junction box (8), would be made from sheet metal, or stamped steel, configured into hexagonal, or round shape, including a number of side holes to be used for wiring. An LED driver would be installed inside the junction box (8).

All of the elements must be used together in order for the invention to work properly.

The components can be reconfigured to attach to the connecting posts (3), or to a different connecting method.

### How To Use The Invention:

Consumers and/or electricians (user) would buy complete fixture (6). User will decide whether the installation is retrofit or new construction and then choose the appropriate attachment method.

Retrofit installation: Remove the light bulb and trim from the existing recessed fixture, exposing the recessed housing. Remove the two new construction clips (2) from the complete fixture (6) and attach the three retrofit clips (1) by screwing them with provided screws to the die cast base (4) in the holes provided (5). Attach a provided socket adapter (7) by connecting the two free wires to two free wires in the junction box (8). Screw socket adapter (7) into the existing socket, place junction box (8) on top of metal body (4). Push the complete fixture (6) and junction box (8) fully into the existing recessed housing.

New construction installation: Cut hole in ceiling, of appropriate size to accommodate metal body (4), where the complete fixture (6) is to be located. Pull wires from building's electrical system and attach to free wires in junction box (8). Attach junction box to fixture using twist connector (9). Push retrofit clips (2) perpendicular to the ceiling and push through ceiling hole. Allow the clips to squeeze the ceiling between the clips (2) and metal body (4).

