# EXHIBIT O

(Kerivan Declaration)

Ryan W. Koppelman (SBN 290704)
**Alston & Bird LLP**
350 S. Grand St. 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
ryan.koppelman@alston.com

Adam D. Swain (SBN 257687)
**Alston & Bird LLP**
950 F St NW
Washington, DC 20004
Telephone: (213) 576-1000
adam.swain@alston.com

*Attorneys for Defendants Cooper Lighting, LLC, Lowe's Home Centers, LLC and Home Depot USA, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DS ADVANCED ENTERPRISES, LTD., A CORPORATION<br><br>Plaintiff,<br>v.<br><br>COOPER LIGHTING, LLC, LOWE'S HOME CENTERS, LLC, HOME DEPOT USA, INC,<br><br>Defendants. | **Case No. 5:23-cv-02603**<br><br>**DECLARATION OF BRYAN KERIVAN IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER** |

I, Bryan Kerivan, declare as follows:

1. I am the Head of Manufacturing Finance at Cooper Lighting, LLC ("Cooper"), where I have worked for the past 12 years. I have personal knowledge of the facts stated in this Declaration, and, if called to testify, could and would testify competently under oath to these facts.

2. I understand that Plaintiff accuses Cooper's CJB Integrated JBox Downlights (Model Numbers: CJB6099FS1EMWR and CJB4069FS1EMWR) of infringement in this case (the "Accused Products"). The CJB Integrated JBox Downlights are advertised under Cooper's HALO line of products.

3. Cooper's headquarters is located at 1121 Highway 74 S, Peachtree City, Georgia 30269 (the "Peachtree City facility"). The Peachtree City facility is approximately 550,000 square feet and is where most of the critical operations relating to Cooper's HALO line of products, which includes the Accused Products, are carried out.

4. Predominantly all operations relating to the HALO line of products, including the Accused Products, are conducted out of the Peachtree City facility, including research and development, sales, marketing, and finance.

5. The person(s) most knowledgeable regarding research and development, sales, marketing, and finance, as it relates to the Accused Products, are located at the Peachtree City facility, and those who are not located at the Peachtree City facility are not located in or near the Central District of California. The documents relating to these subjects are also maintained at the Peachtree City facility.

6. All of the employees that work on the Accused Products are located on the East Coast.

7. While Cooper operates a warehouse at 3350 Enterprise Dr., Bloomington, California 92316 (the "Bloomington facility"), the Bloomington facility does not house any documents or employees that relate to the Accused Products.

KERIVAN DECLARATION                           CASE NO. 5:23-CV-02603-JAK-SHK

8.      The HALO line of products are sold to retailers such as Home Depot and Lowe's. In particular, Cooper works with these retailers to sell the Accused Products to these retailers, who in turn sell the Accused Products to consumers. Cooper's retail marketing managers are located at the Peachtree City facility, and work with Home Depot and Lowe's, on the HALO line of products, including the Accused Product.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of September 2024 in Peachtree City, Georgia.

*Bryan Kerivan*
Bryan Kerivan