# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DS ADVANCED ENTERPRISES, LTD.,<br>  Plaintiff,<br>v.<br>COOPER LIGHTING, LLC,<br>  Defendant. | Civil Case No.: 1:24-cv-05643-TRJ |

## ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF PATENT INFRINGEMENT

Upon review of briefs and the applicable record for Plaintiff's Motion for Partial Summary Judgment, the Court hereby rules as follows:

1. Plaintiff's Motion for Partial Summary Judgment of Infringement is hereby **GRANTED**.

_____

Honorable Tiffany R. Johnson

United States District Judge