# CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the above and any attached documents have been served on February 5, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. LR 5.1(A)(3). Any other counsel of record will be served by U.S. Mail or hand delivery.

**NOTICE OF PLAINTIFF DS ADVANCED ENTERPRISES, LTD.'S MOTION FOR PARTIAL SUMMARY JUDGEMENT MOTION OF PATENT INFRINGEMENT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF DS ADVANCED ENTERPRISES, LTD.'S MOTION FOR PARTIAL SUMMARY JUDGEMENT OF PATENT INFRINGEMENT**

**DECLARATION OF PATRICK CUMMINS IN SUPPORT OF PLAINTIFF DS ADVANCED ENTERPRISES, LTD.'S MOTION FOR PARTIAL SUMMARY JUDGEMENT OF PATENT INFRINGEMENT**

Dated: February 5, 2025
By: */s/ Patrick Cummins*
Patrick Cummins, CA Bar No. 294400 (admitted *pro hac vice*)
Attorney for DS Advanced Enterprises, Ltd.
Patrick@CumminsIP.com
Cummins Intellectual Property (IP) Law PLLC
348 E Main St
Lexington, KY 40507
Telephone: (502) 445-9880

By: */s/ Bryan Henderson*
Brian Henderson (GA Bar No. 821624)
Attorney for DS Advanced Enterprises, Ltd.
GUILMETTE PULVER LLC
1355 Peachtree St NE STE 1125
Atlanta, GA 30309
Telephone: (833) 377-3060
b.henderson@guilmettepulver.com