# **EXHIBIT A**





*Exhibits*