# Slip Sheet

# **EXHIBIT B**

# (Under Seal)

