# Slip Sheet

# **EXHIBIT C**

# (Under Seal)

