Slip Sheet

# **EXHIBIT D**

(Under Seal)



8

*Exhibits*