# Slip Sheet

# **EXHIBIT E**

# (Under Seal)



10

*Exhibits*