# Slip Sheet

# **EXHIBIT F**

# (Under Seal)



12

*Exhibits*