# **<u>EXHIBIT G</u>**

https://images.thdstatic.com/catalog/pdfImages/e0/e056ac4d-016d-43ce-98a7-7ca4d1a7bc9c.pdf




*Exhibits*

11 HOMEDEPOT.COM

Please contact 1-877-527-0313 for further assistance.

## C-2 Using Spring Clips (continued)

**4 Preparing the Installation Location and Compatible Housing**

- Remove the existing trim and bulb from the housing, revealing the existing socket.
- Locate the socket in your existing recessed housing and remove any screws that prevent the socket bracket from being removed.



**6 Finishing the Installation**

- Squeeze both torsion spring arms together and insert into the torsion spring slots of the housing. Tuck all wires into the housing and carefully push the recessed light into the housing.



**5 Connecting the Wires**

- Screw the medium base (E26) socket adapter (H) into the socket in the recessed housing.
- Find the connector connected with the line wire (black) of the fixture, and lift the lever of either of the remaining two holes to 90°. Insert the line wire (black) of the socket adapter to the connector fully, then lower the lever to close the clamp and complete your connection. Please note only one wire can be used in each hole. The extra hole is



15

*Exhibits*



*Exhibits*