# <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that true and correct copies of the above and any attached documents have been served on March 10, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. LR 5.1(A)(3). Any other counsel of record will be served by U.S. Mail or hand delivery.

**PLAINTIFF DS ADVANCED ENTERPRISES, LTD.'S REPLY TO DEFENDANT, COOPER LIGHTING, LLC'S, OPPOSITION TO PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Dated: March 10, 2025
By: <u>*/s/ Patrick Cummins*</u>
Patrick Cummins, CA Bar No. 294400 (admitted *pro hac vice*)
Attorney for DS Advanced Enterprises, Ltd.
Patrick@CumminsIP.com
Cummins Intellectual Property (IP) Law PLLC
348 E Main St
Lexington, KY 40507
Telephone: (502) 445-9880

By: <u>*/s/ Bryan Henderson*</u>
Bryan Henderson (GA Bar No. 821624)
Erika J. Harris Fritz (GA Bar No. 483730)
Attorneys for DS Advanced Enterprises, Ltd.
GUILMETTE PULVER LLC
1355 Peachtree St NE STE 1125
Atlanta, GA 30309
Telephone: (833) 377-3060
b.henderson@guilmettepulver.com
e.harrisfritz@guilmttepulver.com